IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § | |
| § | |
| *Plaintiff*, § | |
| vs. § | |
| § | |
| MAZDA MOTOR OF AMERICA, INC., § | Case No. 2:11-cv-00083-DF |
| *et al.* § | |
| § | **JURY TRIAL DEMANDED** |
| *Defendants*.  § | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
### CYDLE AMERICA CORP. PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Traffic Information, LLC, ("Traffic") hereby files this Notice of Dismissal without prejudice as to defendant Cydle America Corp. ("Cydle") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Cydle has not answered or filed a motion for summary judgment.

Respectfully submitted,

DATE:  September 28, 2012          By:  /s/ C. Dale Quisenberry
John T. Polasek
Texas Bar. No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
Texas Bar No. 24005040
dquisenberry@pqelaw.com
Jeffrey S. David
Texas Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY &
ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@mailbmc.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@mailbmc.com
        Capshaw DeRieux, LLP
        114 East Commerce Avenue
        Gladewater, Texas  75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of September, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                                 /s/ C. Dale Quisenberry